UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALBERTO RAY CHAVEZ,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>RAYMOND MADDEN,<br><br>　　　　　Respondent. | Case No. 5:20-cv-01229-GW (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: May 19, 2021

GEORGE H. WU
United States District Judge